■ In the Matter of BERNICE MARINELLI, Respondent, v JAMES R. VERNILLE, Appellant. (Appeal No. 2.) [714 NYS2d 912] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Marinelli v Vernille* (273 AD2d 901 [decided herewith]). (Appeal from Order of Monroe County Family Court, Irizarry, H.E.—Support.) Present—Pigott, Jr., P. J., Hayes, Hurlbutt and Scudder, JJ.